IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:19-CR-00008-SDJ-AGD |
| | § | |
| JOSE JUAN GARCIA-CASTRO (1) | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Jose Juan Garcia-Castro's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on May 8, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto of the Federal Public Defender's Office. The Government was represented by Heather Rattan.

Defendant was sentenced on July 11, 2019, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Reentry of a Deported Alien, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 17 and a criminal history category of III, was 30 to 37 months. Defendant was subsequently sentenced to 37 months imprisonment followed by 3 years supervised release subject to the standard conditions of release, plus special conditions to include deportation, financial disclosure, substance abuse testing and treatment, alcohol abstinence, and a $100 special assessment. On July 22, 2021, Defendant completed his period of imprisonment and was deported to Mexico. On September 22, 2022, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge. (Dkt. #43 at p. 1, Sealed).

On September 22, 2022, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #43, Sealed). The Petition asserts that

Defendant violated three (3) conditions of supervision, as follows: (1) <u>Mandatory Condition</u> Defendant must not commit another federal, state, or local crime; (2) <u>Special Condition</u> As a condition of supervised release, immediately upon release from confinement, Defendant must be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, et seq. If ordered deported, Defendant must remain outside of the United States. In the event Defendant is not deported, or for any reason re-enters the country after having been deported, Defendant must comply with all conditions of supervised release, to include reporting to the nearest United States Probation Office within 72 hours of release by immigration officials or re-entry into the country; and (3) <u>Special Condition</u> Defendant must not possess or consume any alcoholic beverages. (Dkt. #43 at pp. 1–2, Sealed).

      The Petition alleges that Defendant committed the following acts: (1) On September 5, 2022, Defendant was arrested by the Carrollton Police Department in Carrollton, Texas, for Driving While Intoxicated 3rd or More, a 3rd Degree Felony in violation of Texas Penal Code 49.09(B). Defendant was observed swerving the vehicle he was driving between lanes, so he was pulled over. The officer conducting the stop observed an open alcoholic container in the car and also smelled alcohol on Defendant's breath. Defendant admitted to the officer drinking 2 or 3 beers. A field sobriety test was subsequently conducted, and Defendant was placed under arrest for Driving While Intoxicated. He was arraigned in Dallas County on September 6, 2022, and the case remains pending. Additionally, Defendant committed the offense of Reentry of a Deported Alien, in violation of 8 U.S.C. § 1326, as evidenced by his arrest in Carrollton, Texas, on September 5, 2022; (2) Defendant failed to remain outside the United States as evidenced by his arrest in Carrollton, Texas, on September 5, 2022; and (3) Defendant consumed alcohol as

evidenced by his arrest for DWI 3rd or More on September 5, 2022. According to the arrest report, Defendant admitted to consuming 2 or 3 Corona beers. (Dkt. #43 at pp. 1–2).

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegation 3 of the Petition. Having considered the Petition and the plea of true to allegation 3, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of ten (10) months to run consecutively with any sentence imposed in the pending DWI charge in Dallas County, with no term of supervised release to follow.

The court also recommends that Defendant be housed in a Bureau of Prisons facility in the Dallas–Fort Worth, Texas area, if appropriate.

**SIGNED this 31st day of May, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE